**Order entered January 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01253-CV

**G.T., L.T., INDIVIDUALLY AND A/N/F OF THE MINOR O.T., ET AL., Appellants**

**V.**

**DARIUS MCCLINTON-HUNTER, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-01692-2013**

## ORDER

We **GRANT** appellants G.T., L.T., J.C., and S.C.'s January 22, 2014 joint motion for extension of time to file brief and **ORDER** the brief filed no later than February 21, 2014. Appellants are cautioned that no further extensions will be granted absent exigent circumstances.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE